IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 08-59 |
| | ) |
| DONTA JAVON BELL, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 18th day of July, 2008, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered February 14, 2008, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Thursday, July 24, 2008 at 2:30 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster                ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: Troy Rivetti,
    Assistant United States Attorney

    Stanley Greenfield, Esq.
    1035 Fifth Avenue
    Pittsburgh, PA 15219

    U.S. Marshal

    U.S. Pretrial Services

    U.S. Probation