IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 08-59 |
| v. | ) (Case 2:08-cr-00059) |
| | ) |
| DONTA JAVON BELL | ) |

**ORDER**

AND NOW, this _8_ day of _Oct_, 2008, it is ORDERED AND DECREED that the U.S. Clerk of Courts Office accept the Defendant's Presentence Statement In Mitigation Of Sentence, for filing "Under Seal".

_____
Gary L. Lancaster
United States District Court Judge