IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
    Plaintiff

          vs. : Case No. 2:08-CR-0059-001
           : Judge: Lancaster

DONTA BELL : DEFENDANT'S MOTION FOR
    Defendant : SENTENCE REDUCTION PURSUANT TO
           : 18 U.S.C. §3582 (C)(1)(A) AND/OR
           : (C)(2)

FILED DEC -9 2009 CLERK U.S. DISTRICT COURT WEST. DIST. OF PENNSYLVANIA

---

NOW Comes the defendant, Donta Bell, by himself SuiJuris/ProSe, and moves this Honorable Court for an order Reducing his sentence Pursuant to 18 U.S.C. §3582 (C)(1)(A) and/or (C)(2) to comport with the federal guidelines adopted and made effective on November 1, 2009. The defendant asks this honorable Court to liberally consrue this motion and it's contents as such.

The reasons for this motion are set forth in the memorandum in support which is attached hereto and incorporated the same as is fully rewritten here-in.

WHEREFORE, defendant, Donta Bell, respectfully request's that his sentence be reduced.

AND NOW, THIS 3rd DAY OF May, 2010, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

*/s/ Gary L. Lancaster*
GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

Respectfully Submitted,

*/s/ Donta Bell*

Donta Bell #09745-068
F.C.I. Gilmer
P.O. Box 6000
Glenville, WV 26351-6000